*29 A.3d 739*

IMO ADVISORY LETTER NO. 3–11 OF THE SUPREME COURT
ADVISORY COMMITTEE ON EXTRAJUDICIAL ACTIVITIES
(JUDGE VINCENZO SICARI—PETITIONER)

October 25, 2011.

ORDERED that the notice of petition for review is granted.